



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 28, 2023**

**United States Bankruptcy Judge**

_____

BTXN 060 (rev. 10/19)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                                       §
Financial Strategies Acquisition Corp.       §    Case No.:   23−32655−swe11
                                             §    Chapter No.:   11
                        Debtor(s)            §

### ORDER DISMISSING CASE

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.

- ☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice of Deficiency

- ☑ Schedules A/B−H pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

- ☑ Declaration for Electronic Filing III(B)(3) **within 7 days** of the filing of the Petition.

- ☑ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) **within 14 days** of the date of the filing of the petition.

- ☑ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) **within 14 days** of the date of the filing of the petition.

- ☑ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

page 2



☐ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition

☑ List of twenty largest unsecured creditors **within 48 hours** of the date of the filing of the Petition

☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice of Deficiency

☐ Form 121 **within 48 hours** of the date of the Petition

☑ Summary of Assets and Liabilities (Official Form 106Sum/206Sum) **within 14 days** of the date of the filing of the Petition

☐ A complete original petition was not filed **within 3 days** from the issuance of the Notice of Deficiency

☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the Petition

☐ Copies of employee income records **within 14 days** of the date of the filing of the Petition

☐ Statement of Current Monthly Income **within 14 days** of the date of the filing of the Petition

☐ Chapter 15 Service List **within 14 days** of the date of the filing of the Petition

☐ Cash Flow Statement **within 7 days** of the date of the filing of the Petition

☐ Balance Sheet **within 7 days** of the date of the filing of the Petition

☐ Statement of Operations **within 7 days** of the date of the filing of the Petition

☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the Petition

☑ Other: Matrix coversheet

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).


# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:

Financial Strategies Acquisition Corp.

     Debtor

Case No. 23-32655-swe

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-3                        User: admin                        Page 1 of 2

Date Rcvd: Nov 28, 2023                 Form ID: pdf022                     Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Financial Strategies Acquisition Corp., 7503 Maribeth Drive, Dallas, TX 75252-6819 |
| aty | + | Alexander V. Schinzing, 2626 Cole Ave., Suite 300, Dallas, TX 75204-1094 |
| 20297948 | + | Agellan Commercial REIT U.S. L.P., 101 E Old Settlers Blvd., Round Rock, TX 78664-2268 |
| 20297950 | | Broadridge ICS, P.O. BOX 416423, Boston, MA 02241-6423 |
| 20297951 | + | Celtic Asset & Equity Partners, Ltd., 2626 Cole Avenue, Suite 300, Dallas, TX 75204-1094 |
| 20297952 | + | Cicero Transact Group, Inc., 1858 Pleasantville Road, Suite 110, Briarcliff Manor, NY 10510-1025 |
| 20297953 | + | Cision US Inc., 12051 Indian Creek Court, Beltsville, MD 20705-1261 |
| 20297954 | + | Continental Stock Transfer & Trust Co., One State Street Plaza, 30th Floor, New York, NY 10004-1571 |
| 20297966 | | Darren Ryemill, West View House, 15 Church Lane Old Sodbury, Bristol BS376NB, United Kingdom |
| 20297957 | + | FSC Sponsor LLC, c/o Celtic Asset & Equity Partners, Ltd., 2626 Cole Avenue, Suite 300, Dallas, Texas 75204-1094 |
| 20297956 | | Fleichman Sociedade De Advogados, Rua Batataes 460, Sala 22, Jardim Paulista, Sao Paolo SP cep: 01423-010, Brazil |
| 20297959 | | Grant Thornton LLP, 2001 Market Street, Two Commerce Square, Suite 700, Philadelphia, PA 19103-7065 |
| 20297960 | | Haynes and Boone, LLP, P.O. Box 841399, Dallas, TX 75284-1399 |
| 20297967 | + | James D. Story, 338 Silent Spring Road, Boerne, TX 78006-8273 |
| 20297963 | + | Maverick Financial Advisors, LLC, 7503 Maribeth Drive, Dallas, TX 75252-6819 |
| 20297964 | + | Morrow Sodali LLC, 333 Ludlow Street, 5th Floor, South Towe, Stamford, CT 06902-6987 |
| 20297949 | + | Mr. Emil Assentato, 141 Piping Rock Road,, Locust Valley, NY 11560-2508 |
| 20297962 | | Mr. Jamie Khurshid, Beams End, Old Brighton Road, Pease Pottage, West Sussex RH11 9AJ, United Kingdom |
| 20297965 | + | Reliant CPA, P.C., 895 Dove Street, Suite 300, #300180, Newport Beach, CA 92660-2996 |
| 20297968 | + | Temmelig Investor LLC, c/o Celtic Asset & Equity Partners, Ltd., 2626 Cole Avenue, Suite 300, Dallas, TX 75204-1094 |
| 20297969 | + | Toppan Merrill LLC, PO Box 74007295, Chicago, IL 60674-7295 |
| 20297958 | + | William C. Gaylor and Dorothy J. Gaylor Rev. Trust, Mr. Gregory A. Gaylor, Trustee, 7503 Maribeth Drive, Dallas, TX 75252-6819 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20297955 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Nov 28 2023 21:44:00 | Delaware Secretary of State, 401 Federal St., Suite 3, Dover, DE 19901-3639 |
| 20297961 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 28 2023 21:43:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0539-3                          User: admin                                Page 2 of 2
Date Rcvd: Nov 28, 2023                       Form ID: pdf022                          Total Noticed: 24

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Areya Holder Aurzada (SBRA V) | trustee@holderlawpc.com  aha@trustesolutions.net;caha11@trustesolutions.net |
| Asher Matiah Bublick | on behalf of U.S. Trustee United States Trustee asher.bublick@usdoj.gov |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3