**ERIC A. LIEPINS**
**ERIC A. LIEPINS, P.C.**
12770 Coit Road, Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - Telefax

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| FINANCIAL STRATEGIES | § | |
| ACQUISITION CORP | § | Case no.23-32655 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION TO VACATE DISMISSAL AND REINSTATE PROCEEDING

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Financial Strategies Acquisition Corp, Debtor in the above styled and numbered cause, and files this its Notice of Withdrawal of Motion to Vacate Dismissal and Reinstate Case and in support thereof would respectfully show unto the Court as follows:

1. The Debtor filed its Chapter 11 proceeding on November 13 , 2023.

2. On November 28, 2023 the case was dismissed for failure to timely file required documents.

3. On November 28, 2923 Debtor filed a Motion to vacate Dismissal and Reinstate Case ("Motion").

4. Debtor withdraws the Motion.

Respectfully submitted,

\_\_/S/\_Eric Liepins_____
Eric A. Liepins, SBN 12338110
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors of the debtor on this the 6th day of December 2023.

\_\_/S/\_Eric Liepins\_\_\_
Eric A. Liepins